## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



UNITED STATES OF AMERICA,

    Plaintiff,

        v.

[1] HECTOR ROSARIO-RIVERA
 a.k.a "Junito", "El Viejo",
[Counts ONE through SIX ],
[2] RANDY DE JESUS-SOTO,
 a.k.a " Papito el Gordo",
[Counts ONE through SIX ],
[3] GERARDO PEREZ-SANTIAGO,
 a.k.a " Gordo Sorullo",
[Counts ONE through SIX ],
[4] ANTHONY RUIZ-NIEVES,
a.k.a. Telkin",
[Counts ONE through FIVE],
[5] AXEL ALVAREZ-PONCE,
[Counts ONE through SIX],
[6] HAVI- LEE VEGA-PEREZ,
[Counts ONE through SIX],
[7] JULIA I. MEJIAS-MARTINEZ,
a.k.a " Titi Ivy", " La Croquer",
[Counts ONE through FIVE],
[8] JONATHAN INFANTE-SANTIAGO,
a.k.a. "Bebe",
[Counts ONE through SIX],
[9] MALVIN SANTIAGO-CUEVAS,
a.k.a. "Masca",
[Counts ONE through SIX],
[10] ABIMAEL DE JESUS-SOTO,
a.k.a. "Bebe",
[Counts ONE through FIVE]
[11] LUIS ALVAREZ-PONCE,
a.k.a. "Jungo",
[Counts ONE through FIVE],

**INDICTMENT**

**CRIMINAL NO.  12- 333(FAB)**

**Violations:**

**(COUNT ONE)**
Title 21, United States Code, Sections
841(a)(1), 846, and 860

**(COUNT TWO)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT THREE)**
Title 21, United States Code, §§841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT FOUR)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code, § 2

**(COUNT FIVE)**
Title 21, United States Code, §§ 841(a)(1) and
860 and Title 18, United States Code,§ 2

**(COUNT SIX)**
Title 18, United States Code, § 924(o)

**Narcotics Forfeiture Allegation**
Title 21, United States Code, § 853 and Rule
32.2(a) F.R.C.

**(SIX COUNTS)**

United States of America vs.
Hector Rosario-Rivera et al.
Page 2

[12] LUIS D. QUILES-MORALES,
a.k.a. "Mostrito",
[Counts ONE through SIX],
[13] VICTOR L. VEGA-PEREZ, a.k.a
" Sangre",
[Counts ONE through SIX],
[14] ANGEL HERNANDEZ-RIOS,
a.k.a " Joito",
[Counts ONE through FIVE],
[15] JOSE M. SANTIAGO-CUEVAS
a.k.a " Gordo Paputo",
[Counts ONE through FIVE]
[16] WILFREDO PACHECO-GARCIA,
a.k.a. "Gemelo",
[Counts ONE through FIVE],
[17] JOSE MARTINEZ-PADILLA,
a.k.a. "Pinocho",
[Counts ONE through FIVE],
[18] EDUARDO RODRIGUEZ-SOTO,
a.k.a. "Edward",
[Counts ONE through FIVE],
[19] JONATHAN GONZALEZ-
RODRIGUEZ,
a.k.a. "Ito",
[Counts ONE through FIVE],
[20] JUSTO RIVERA-ALVAREZ,
a.k.a. "Pilin",
[Counts ONE through FIVE],
[21] GABRIEL GONZALEZ-SOTO,
a.k.a. "Gaby",
[Counts ONE through FIVE],
[22] EDWIN LOPEZ-TOMASINI,
a.k.a. "Gordo Tomasini"; "Gordito"
[Counts ONE through FIVE],
[23] JUAN J. GONZALEZ-SOTO,
a.k.a " Kiro",
[Counts ONE through FIVE],
[24] JOVET VEGA-PEREZ,
[Counts ONE through FIVE],

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 3 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 3

[25] CARLOS GONZALEZ-SOTO,
a.k.a. "Tito Gargola",
[Counts ONE through FIVE],
[26] PABLO SANTIAGO-MARTINEZ,
[Counts ONE through FIVE],
[27] JOSE LISBOA-LOPEZ,
a.k.a. "Boa",
[Counts ONE through FIVE],
[28]GABRIEL SOTO-RIVERA,
a.k.a. "Chu",
[Counts ONE through FIVE],
[29]CHRISTOPHER PEREZ-    SANTIAGO,
a.k.a. "Pitole",
[Counts ONE through FIVE],
[30]LUIS A. LAMBOY-RAMOS,
a.k.a. "Beto Lamboy",
[Counts ONE through FIVE]
[31] RAYMOND FELICIANO-MEDINA,
[Counts ONE through FIVE],
[32] JOSE A. VERA-RAMOS,
a.k.a. "Core",
[Counts ONE through FIVE],
[33] WESLEY SEGARRA-RIVERA
[Counts ONE through FIVE],
[34]  RICHARD LEROY ARCE-
MENDEZ,
[Counts ONE through FIVE],
[35] GADIEL MORALES-ROSA,
a.k.a. "Chelo",
[Counts ONE through FIVE],
[36]  ANIBAL CRESPO DAVILA,
a.k.a " Tito Sifilis",
[Counts ONE through FIVE],
[37]  ANGEL SOTO-CAMACHO,
a.k.a " Guimo",
[Counts ONE through FIVE],
[38]  ULISES ROMAN,
a.k.a. " Kiko Gremlin",
[Counts ONE through FIVE],

United States of America vs.
Hector Rosario-Rivera et al.
Page 4

[39] JOSE L. GONZALEZ-MARTI,
a.k.a. "Joey",
[Counts ONE through FIVE],
[40] LINLAY GONZALEZ-RIVERA,
a.k.a. "La Colora",
[Counts ONE through FIVE],

THE GRAND JURY CHARGES:

## COUNT ONE

### Conspiracy to possess with intent to distribute controlled substances

Beginning on a date unknown, but no later than in or about the year 2007, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Sebastian and other

areas nearby, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo",
[2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo",
[3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo",
[4] ANTHONY RUIZ-NIEVES, a.k.a. "Telkin",
[5] AXEL ALVAREZ-PONCE,
[6] HAVI- LEE VEGA-PEREZ,
[7] JULIA I. MEJIAS-MARTINEZ, a.k.a " Titi Ivy", " La Croquer",
[8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe",
[9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca",
[10] ABIMAEL DE JESUS-SOTO, a.k.a. "Bebe",
[11] LUIS ALVAREZ-PONCE, a.k.a. "Jungo",
[12] LUIS D. QUILES-MORALES,  a.k.a. "Mostrito",
[13] VICTOR L. VEGA-PEREZ, a.k.a " Sangre",
[14] ANGEL HERNANDEZ-RIOS, a.k.a " Joito",
[15] JOSE M. SANTIAGO-CUEVAS a.k.a " Gordo Paputo",
[16] WILFREDO PACHECO-GARCIA, a.k.a. "Gemelo",
[17] JOSE MARTINEZ-PADILLA, a.k.a. "Pinocho",
[18] EDUARDO RODRIGUEZ-SOTO, a.k.a. "Edward",
[19] JONATHAN GONZALEZ-RODRIGUEZ,  a.k.a. "Ito",

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 5 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 5

[20] JUSTO RIVERA-ALVAREZ, a.k.a. "Pilin",
[21] GABRIEL GONZALEZ-SOTO, a.k.a. "Gaby",
[22] EDWIN LOPEZ-TOMASINI, a.k.a. "Gordo Tomasini"; "Gordito",
[23] JUAN J. GONZALEZ-SOTO, a.k.a. " Kiro",
[24] JOVET VEGA-PEREZ,
[25] CARLOS GONZALEZ-SOTO, a.k.a. "Tito Gargola",
[26] PABLO SANTIAGO-MARTINEZ,
[27] JOSE LISBOA-LOPEZ, a.k.a. "Boa",
[28] GABRIEL SOTO-RIVERA, a.k.a. "Chu",
[29] CHRISTOPHER PEREZ-SANTIAGO, a.k.a. "Pitole",
[30] LUIS A. LAMBOY-RAMOS, a.k.a. "Beto Lamboy",
[31] RAYMOND FELICIANO-MEDINA,
[32] JOSE A. VERA-RAMOS, a.k.a. "Core",
[33] WESLEY SEGARRA-RIVERA,
[34] RICHARD LEROY ARCE-MENDEZ,
[35] GADIEL MORALES-ROSA, a.k.a. "Chelo",
[36] ANIBAL CRESPO DAVILA, a.k.a " Tito Sifilis",
[37] ANGEL SOTO-CAMACHO, a.k.a " Guimo",
[38] ULISES ROMAN, a.k.a. " Kiko Gremlin",
[39] JOSE L. GONZALEZ-MARTI, a.k.a. "Joey",
[40] LINLAY GONZALEZ-RIVERA, a.k.a. "La Colora",

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each

other and with diverse other persons known and unknown to the Grand Jury, to commit an

offense against the United States, that is, to knowingly and intentionally possess with intent to

distribute controlled substances, to wit: in excess of two-hundred and eighty (280) grams of

cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; in excess of one (1)

kilogram of heroin, a Schedule I, Narcotic Drug Controlled Substance; in excess of five (5)

kilograms of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in excess of one

hundred (100) kilograms of marijuana, a Schedule I, Controlled Substance; and a mixture or

substance containing detectable amounts of Alprazolam (commonly known as Xanax), a

Schedule IV Controlled Substance; within one thousand (1,000) feet of the real property

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 6 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 6

comprising the San Andres and Andres Mendez Liciaga "Mendez Liciaga" Public Housing

Projects, housing facilities owned by a public housing authority and other areas nearby and

within the Municipality of San Sebastian, Puerto Rico. All in violation of Title 21, United States

Code Sections 841(a)(1), 846 and 860.

## I. OBJECT OF THE CONSPIRACY

The object of the conspiracy was to distribute controlled substances at the San Andres

Public Housing Project, commonly known as "El Condo", and Andres Mendez Liciaga Public

Housing Project, commonly known as "El Caserio" and other areas nearby and within the

Municipality of San Sebastian, Puerto Rico, all for significant financial gain and profit.

## II. MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish

and further the object of the conspiracy, among others, included the following:

1.     It was part of the manner and means of the conspiracy that the defendants and

their co-conspirators would purchase wholesale quantities of heroin, cocaine, marijuana, and

Alprazolam ("Xanax") in order to distribute the same in street quantity amounts at their drug

distribution points located in San Andres and Mendez Liciaga Public Housing Projects and other

areas within the Municipality of San Sebastian, Puerto Rico and throughout the island of Puerto

Rico.

2.     It was further part of the manner and means of the conspiracy that the leaders

would maintain a group of co-defendants administrating the daily activities of the drug

distribution point. The defendants and their co-conspirators would act in different roles in order

to further the goals of the conspiracy, to wit: leaders and drug point owners who directed and

United States of America vs.
Hector Rosario-Rivera et al.
Page 7

supervised runners, enforcers, sellers, lookouts, and facilitators.

3.      It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would undertake different activities and/or task required to administer the daily activities of the aforementioned drug distribution points.

4.      It was further a manner and means of the conspiracy that the leaders would delegate to other co-conspirators the administration of the day to day operation of the drug distribution points within San Andres and Mendez Liciaga Public Housing Projects.

5.      It was a further part of the manner and means of the conspiracy that some of the cocaine purchased at wholesale quantities would be converted or "cooked" into crack cocaine and routinely place it in distinctive baggies for subsequent sale and distribution at their drug distribution points.

6.      It was further part of the manner and means of the conspiracy that members of the conspiracy would travel to municipalities outside of San Sebastian to purchase "packages" or "bundles" of heroin, marijuana and cocaine for street level distribution in San Sebastian.

7.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, "cut," divide, and package the heroin, cocaine, crack, and marijuana in "baggies" or "decks" for street level distribution.

8.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often package and prepare the narcotics in apartments located within the above mentioned Public Housing Projects, and in other locations in and around San Sebastian, Puerto Rico using those places as "drug laboratories and "drug stash houses".

9.      It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators, after "decking" the narcotics into "baggies", would place

United States of America vs.
Hector Rosario-Rivera et al.
Page 8

the baggies into another clear plastic bag and heat seal them making a double packaging for the drugs sold at the drug distribution points. Co-conspirators would later place bags in individual, larger, "bundles" or "packages". Each bundle or package would contain numerous "baggies" or decks of a specific type of narcotic that was subsequently sold at the various drug points.

10.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would purchase "packages" or "bundles" of "decked" narcotics which would be delivered to other co-conspirators drug points for resale at the drug points.

11.    It was further part of the manner and means of the conspiracy that sellers would take their earnings from the proceeds of the narcotics that they sold.

12.    It was further part of the manner and means of the conspiracy that at the San Andres Public Housing Project the drug points would move through different locations to avoid being detected by law enforcement.

13.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would use apartments located within the San Andres Public Housing Project in order to store and conceal heroin, cocaine base ("crack"), cocaine, marijuana, and drug paraphernalia.

14.    It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would use names or brands for the different types of narcotics that were being sold. Among the various brands used at the San Andres and Mendez Liciaga Public Housing Projects were: "Superman"; "Punto Rojo; "Trebol"; and "Blue Demon" among other names.

15.    It was further a part of the manner and means of the conspiracy that the drug

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 9 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 9

trafficking organization would at times employ the use of minors to perform tasks related to drug trafficking, such as but not limited to: performing as lookouts; selling and delivering narcotics; and picking up and delivering proceeds from the sales of narcotics at the drug points.

16.    It was further part of the manner and means of the conspiracy that known residents of the San Andres and Mendez Liciaga would generally be allowed to sell at the different drug points located within the Public Housing Projects.

17.    It was further a part of the manner and means of the conspiracy that only those with express permission from leader Hector Rosario-Rivera, a.k.a "Junito", "El Viejo" could sell controlled substances at the San Andres Public Housing Project when the leader was absent from the San Andres Public Housing Project.

18.    It was further a part of the manner and means of the conspiracy that the leaders of the Drug Trafficking Organization would collect rent from the leases of the drug points located at the San Andres Public Housing Project.

19.    It was further a part of the manner and means of the conspiracy that although the San Andres drug point was at times leased to other co-conspirators, Hector Rosario Rivera, a.k.a. "Junito", "El Viejo" would maintain control of the drug point operation.

20.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use firearms to protect themselves and their drug trafficking organization.

21.    It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence, threats and intimidation in order to intimidate rival drug trafficking organizations, and in order to discipline members of their own drug trafficking organization.

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 10 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 10

22.    It was further part of the manner and means of the conspiracy that there would be more than one seller selling drugs at a time at the drug distribution points within the San Andres and Mendez Liciaga Public Housing Projects.

23.    It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would often use motorcycles and/or bicycles to move around the San Andres and Mendez Liciaga Public Housing Projects to sell controlled substances to the customers.

24.    It was further part of the manner and means of the conspiracy that at times material to this indictment that there would be different drug owners for the drugs sold at the drug point, sometimes with two (2) persons selling the same drug, but using various brands and/or colors to distinguish the various drugs and or owners selling at the drug point.

25.    It was further part of the manner and means of the conspiracy that at times material to this indictment the defendants and co-defendant would cover their faces with masks while engaging in the illegal sale of narcotics, in order to evade detection by law enforcement.

## III. ROLES OF THE MEMBERS OF THE CONSPIRACY

### A. Leaders

The leaders were the defendants and co-conspirators that would perform or carry out several acts within the conspiracy including but not limited to: supplying large amounts of narcotics to the drug distribution organization and/or drug distribution points located within the San Andres Public Housing Project and the Mendez-Liciaga Public Housing Projects and other areas nearby and within the Municipality of San Sebastian, Puerto Rico. Leaders would directly control and supervise the drug trafficking activities at the San Andres and Mendez Liciaga Public

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 11 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 11

Housing Projects and other areas nearby and within the Municipality of San Sebastian, Puerto Rico. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as leaders for the drug trafficking organization: [1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo"; [2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo".

B. **Drug Point Owners**

Drug Owners directly controlled and supervised the drug trafficking activities at the drug distribution points located within San Andres and Mendez Liciaga Public Housing Projects and other areas nearby and within the Municipality of San Sebastian, Puerto Rico. During the span of the conspiracy, drug point owners would purchase wholesale amounts of narcotics for street distribution at the various narcotics distribution points within the San Andres and Mendez Liciaga Public Housing Projects and other locations within the municipality of San Sebastian. These co-conspirators were permitted to operate their drug points within the San Andres Public and Mendez Liciaga Public Housing Projects with the permission of the leader of the DTO. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as drug point owners for the drug trafficking organization: [3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo", [4] ANTHONY RUIZ-NIEVES, a.k.a. "Telkin", [5]AXEL  ALVAREZ PONCE, [6] HAVI- LEE VEGA-PEREZ, [7] JULIA I. MEJIAS-MARTINEZ, a.k.a " Titi Ivy", " La Croquer", [8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe" and [9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca".

C. RUNNERS

The runners worked under the direct supervision of the leaders and drug point owners of

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 12 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 12

the drug trafficking organization. They were responsible for among other things for delivering sufficient narcotics to the sellers for further distribution at the drug point. They were also responsible for collecting the proceeds of drug sales. They would also supervise and make sure that there were street sellers for every shift of the drug point. They would also transport wholesale amounts of narcotics for delivery to other co-conspirators. The runners would also supervise on a daily basis, the activities of multiple sellers, and the daily activities of the drug point. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as runners for the drug trafficking organization: **[10] ABIMAEL DE JESUS-SOTO, a.k.a. "Bebe" and [11] LUIS ALVAREZ-PONCE, a.k.a. "Jungo".**

## D. ENFORCERS

Enforcers did possess, carry, brandish, use, and discharge firearms to protect the leaders, runners and other members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as enforcers for the drug trafficking organization:: **[12] LUIS D. QUILES-MORALES, a.k.a. "Mostrito", and [13] VICTOR L. VEGA-PEREZ, a.k.a " Sangre".**

## E. SELLERS

The sellers would distribute street quantity amounts of heroin, cocaine base (crack), cocaine and marijuana. As sellers, they were accountable for the drug proceeds and the narcotics

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 13 of 23

United States of America vs.
Hector Rosario-Rivera et al.
Page 13

sold at the drug distribution point. The following individuals and others known and unknown to the Grand Jury, at some point during their participation in the conspiracy acted as sellers for the drug trafficking organization: [14] ANGEL HERNANDEZ-RIOS, a.k.a " Joito", [15] JOSE M. SANTIAGO-CUEVAS a.k.a " Gordo Paputo", [16] WILFREDO PACHECO-GARCIA, a.k.a. "Gemelo",[17] JOSE MARTINEZ-PADILLA, a.k.a. "Pinocho",[18] EDUARDO RODRIGUEZ-SOTO, a.k.a. "Edward",[19] JONATHAN GONZALEZ-RODRIGUEZ, a.k.a. "Ito", [20] JUSTO RIVERA-ALVAREZ, a.k.a. "Pilin", [21] GABRIEL GONZALEZ-SOTO, a.k.a. "Gaby", [22] EDWIN LOPEZ-TOMASINI, a.k.a. "Gordo Tomasini"; "Gordito", [23] JUAN J. GONZALEZ-SOTO, a.k.a " Kiro", [24] JOVET VEGA-PEREZ, [25] CARLOS GONZALEZ-SOTO, a.k.a. "Tito Gargola", [26] PABLO SANTIAGO-MARTINEZ, [27] JOSE LISBOA-LOPEZ, a.k.a. "Boa", [28]GABRIEL SOTO-RIVERA, a.k.a. "Chu", [29]CHRISTOPHER PEREZ-SANTIAGO, a.k.a. "Pitole", [30]LUIS A. LAMBOY-RAMOS, a.k.a. "Beto Lamboy", [31] RAYMOND FELICIANO-MEDINA, [32] JOSE A. VERA-RAMOS, a.k.a. "Core", [33] WESLEY SEGARRA-RIVERA [34] RICHARD LEROY ARCE-MENDEZ[35] GADIEL MORALES-ROSA, a.k.a. "Chelo", [36] ANIBAL CRESPO DAVILA, a.k.a " Tito Sifilis",[37] ANGEL SOTO-CAMACHO, a.k.a " Guimo", [38] ULISES ROMAN,a.k.a. " Kiko Gremlin", and [39] JOSE L. GONZALEZ-MARTI, a.k.a. "Joey".

## F. FACILITATORS

Some facilitators allowed the use of their apartments in the public housing project in order to process, store, and package controlled substances for distribution. Some facilitators allowed members of the drug trafficking organization to run and hide in their apartments to avoid police

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 14 of 23

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 14

detection. Some facilitators would additionally deliver monies and packages of narcotics, to and from the leaders and drug point owners; they often served as messengers for members of the conspiracy; and would often serve as intermediaries during drug transactions.  The following individuals and others known and unknown to the Grand Jury acted as facilitators for the above described drug trafficking organization: **[40] LINLAY GONZALEZ-RIVERA, a.k.a. "La Colora".** All in violation of Title 21, United States Code, Sections 841(a)(1), 846 and 860.

## COUNT TWO

### Aiding and Abetting in the Possession/Distribution of Heroin

Beginning on a date unknown, but no later than in or about the year 2007, and continuing up to and until the return of the instant Indictment, in the Municipality of San Sebastian and other areas nearby, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

**[1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo",**
**[2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo",**
**[3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo",**
**[4] ANTHONY RUIZ-NIEVES, a.k.a. "Telkin",**
**[5] AXEL ALVAREZ-PONCE,**
**[6] HAVI- LEE VEGA-PEREZ,**
**[7] JULIA I. MEJIAS-MARTINEZ, a.k.a " Titi Ivy", " La Croquer",**
**[8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe",**
**[9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca",**
**[10] ABIMAEL DE JESUS-SOTO, a.k.a. "Bebe",**
**[11] LUIS ALVAREZ-PONCE, a.k.a. "Jungo",**
**[12] LUIS D. QUILES-MORALES,  a.k.a. "Mostrito",**
**[13] VICTOR L. VEGA-PEREZ, a.k.a " Sangre",**
**[14] ANGEL HERNANDEZ-RIOS, a.k.a " Joito",**
**[15] JOSE M. SANTIAGO-CUEVAS a.k.a " Gordo Paputo",**
**[16] WILFREDO PACHECO-GARCIA, a.k.a. "Gemelo",**
**[17] JOSE MARTINEZ-PADILLA, a.k.a. "Pinocho",**
**[18] EDUARDO RODRIGUEZ-SOTO, a.k.a. "Edward",**
**[19] JONATHAN GONZALEZ-RODRIGUEZ,  a.k.a. "Ito",**
**[20] JUSTO RIVERA-ALVAREZ, a.k.a. "Pilin",**

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 15 of 23

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 15

[21] GABRIEL GONZALEZ-SOTO, a.k.a. "Gaby",

[22] EDWIN LOPEZ-TOMASINI, a.k.a. "Gordo Tomasini"; "Gordito",

[23] JUAN J. GONZALEZ-SOTO, a.k.a " Kiro",

[24] JOVET VEGA-PEREZ,

[25] CARLOS GONZALEZ-SOTO, a.k.a. "Tito Gargola",

[26] PABLO SANTIAGO-MARTINEZ,

[27] JOSE LISBOA-LOPEZ, a.k.a. "Boa",

[28] GABRIEL SOTO-RIVERA, a.k.a. "Chu",

[29] CHRISTOPHER PEREZ-SANTIAGO, a.k.a. "Pitole",

[30] LUIS A. LAMBOY-RAMOS, a.k.a. "Beto Lamboy",

[31] RAYMOND FELICIANO-MEDINA,

[32] JOSE A. VERA-RAMOS, a.k.a. "Core",

[33] WESLEY SEGARRA-RIVERA,

[34] RICHARD LEROY ARCE-MENDEZ,

[35] GADIEL MORALES-ROSA, a.k.a. "Chelo",

[36] ANIBAL CRESPO DAVILA, a.k.a " Tito Sifilis",

[37] ANGEL SOTO-CAMACHO, a.k.a " Guimo",

[38] ULISES ROMAN, a.k.a. " Kiko Gremlin",

[39] JOSE L. GONZALEZ-MARTI, a.k.a. "Joey",

[40] LINLAY GONZALEZ-RIVERA, a.k.a. "La Colora",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess

with intent to distribute one (1) kilogram or more of a mixture or substance containing a

detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one

thousand (1,000) feet of the real property comprising the San Andres and Andres Mendez Liciaga

Public Housing Projects, housing facilities owned by a public housing authority and other areas

nearby and within the Municipality of San Sebastian, Puerto Rico. All in violation of Title 21,

United States Code, Sections 841(a)(1), 860; and Title 18, United States Code, Section 2.


## COUNT THREE

### Aiding and Abetting in the Possession/Distribution of Cocaine Base

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 16

Beginning on a date unknown, but no later than in or about the year 2007, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Sebastian and other

areas nearby, in the District of Puerto Rico and elsewhere within the jurisdiction of this Court,

[1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo",
[2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo",
[3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo",
[4] ANTHONY RUIZ-NIEVES, a.k.a. "Telkin',
[5] AXEL ALVAREZ-PONCE,
[6] HAVI- LEE VEGA-PEREZ,
[7] JULIA I. MEJIAS-MARTINEZ, a.k.a " Titi Ivy", " La Croquer",
[8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe',
[9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca",
[10] ABIMAEL DE JESUS-SOTO, a.k.a. "Bebe",
[11] LUIS ALVAREZ-PONCE, a.k.a. "Jungo",
[12] LUIS D. QUILES-MORALES, a.k.a. "Mostrito",
[13] VICTOR L. VEGA-PEREZ, a.k.a " Sangre",
[14] ANGEL HERNANDEZ-RIOS, a.k.a " Joito",
[15] JOSE M. SANTIAGO-CUEVAS a.k.a " Gordo Paputo",
[16] WILFREDO PACHECO-GARCIA, a.k.a. "Gemelo",
[17] JOSE MARTINEZ-PADILLA, a.k.a. "Pinocho",
[18] EDUARDO RODRIGUEZ-SOTO, a.k.a. "Edward",
[19] JONATHAN GONZALEZ-RODRIGUEZ, a.k.a. "Ito",
[20] JUSTO RIVERA-ALVAREZ, a.k.a. "Pilin",
[21] GABRIEL GONZALEZ-SOTO, a.k.a. "Gaby",
[22] EDWIN LOPEZ-TOMASINI, a.k.a. "Gordo Tomasini"; "Gordito",
[23] JUAN J. GONZALEZ-SOTO, a.k.a " Kiro",
[24] JOVET VEGA-PEREZ,
[25] CARLOS GONZALEZ-SOTO, a.k.a. "Tito Gargola",
[26] PABLO SANTIAGO-MARTINEZ,
[27] JOSE LISBOA-LOPEZ, a.k.a. "Boa",
[28] GABRIEL SOTO-RIVERA, a.k.a. "Chu",
[29] CHRISTOPHER PEREZ-SANTIAGO, a.k.a. "Pitole",
[30] LUIS A. LAMBOY-RAMOS, a.k.a. "Beto Lamboy",
[31] RAYMOND FELICIANO-MEDINA,
[32] JOSE A. VERA-RAMOS, a.k.a. "Core",
[33] WESLEY SEGARRA-RIVERA,

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 17 of 23

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 17

[34] RICHARD LEROY ARCE-MENDEZ,
[35] GADIEL MORALES-ROSA, a.k.a. "Chelo",
[36] ANIBAL CRESPO DAVILA, a.k.a " Tito Sifilis",
[37] ANGEL SOTO-CAMACHO, a.k.a " Guimo",
[38] ULISES ROMAN,a.k.a. " Kiko Gremlin",
[39] JOSE L. GONZALEZ-MARTI, a.k.a. "Joey",
[40] LINLAY GONZALEZ-RIVERA, a.k.a. "La Colora",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess

with intent to distribute two hundred and eighty (280) grams or more of a mixture or substance

containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled

Substance, within one thousand (1,000) feet of the real property comprising the San Andres and

Andres Mendez Liciaga Public Housing Projects, housing facilities owned by a public housing

authority and other areas nearby and within the Municipality of San Sebastian, Puerto Rico. All

in violation of Title 21, United States Code, Sections 841(a)(1), 860; and Title 18, United States

Code, Section 2.

## COUNT FOUR

### Aiding and Abetting in the Possession/Distribution of Cocaine

Beginning on a date unknown, but no later than in or about the year 2007, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Sebastian and other

areas nearby, in the District of Puerto Rico elsewhere and within the jurisdiction of this Court,

[1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo",
[2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo",
[3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo",
[4] ANTHONY RUIZ-NIEVES, a.k.a. "Telkin",
[5] AXEL ALVAREZ-PONCE,
[6] HAVI- LEE VEGA-PEREZ,
[7] JULIA I. MEJIAS-MARTINEZ, a.k.a " Titi Ivy", " La Croquer",
[8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe",
[9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca",

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 18 of 23

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 18

[10] ABIMAEL DE JESUS-SOTO, a.k.a. "Bebe",
[11] LUIS ALVAREZ-PONCE, a.k.a. "Jungo",
[12] LUIS D. QUILES-MORALES, a.k.a. "Mostrito",
[13] VICTOR L. VEGA-PEREZ, a.k.a " Sangre",
[14] ANGEL HERNANDEZ-RIOS, a.k.a " Joito",
[15] JOSE M. SANTIAGO-CUEVAS a.k.a "Gordo Paputo",
[16] WILFREDO PACHECO-GARCIA, a.k.a. "Gemelo",
[17] JOSE MARTINEZ-PADILLA, a.k.a. "Pinocho",
[18] EDUARDO RODRIGUEZ-SOTO, a.k.a. "Edward",
[19] JONATHAN GONZALEZ-RODRIGUEZ, a.k.a. "Ito",
[20] JUSTO RIVERA-ALVAREZ, a.k.a."Pilin",
[21] GABRIEL GONZALEZ-SOTO, a.k.a. "Gaby",
[22] EDWIN LOPEZ-TOMASINI, a.k.a. "Gordo Tomasini"; "Gordito",
[23] JUAN J. GONZALEZ-SOTO, a.k.a " Kiro",
[24] JOVET VEGA-PEREZ,
[25] CARLOS GONZALEZ-SOTO, a.k.a. "Tito Gargola",
[26] PABLO SANTIAGO-MARTINEZ,
[27] JOSE LISBOA-LOPEZ, a.k.a. "Boa",
[28]GABRIEL SOTO-RIVERA, a.k.a. "Chu",
[29]CHRISTOPHER PEREZ-SANTIAGO, a.k.a. "Pitole",
[30]LUIS A. LAMBOY-RAMOS, a.k.a. "Beto Lamboy",
[31] RAYMOND FELICIANO-MEDINA,
[32] JOSE A. VERA-RAMOS, a.k.a. "Core",
[33] WESLEY SEGARRA-RIVERA,
[34] RICHARD LEROY ARCE-MENDEZ,
[35] GADIEL MORALES-ROSA, a.k.a. "Chelo",
[36] ANIBAL CRESPO DAVILA, a.k.a " Tito Sifilis",
[37] ANGEL SOTO-CAMACHO, a.k.a " Guimo",
[38] ULISES ROMAN,a.k.a. " Kiko Gremlin",
[39] JOSE L. GONZALEZ-MARTI, a.k.a. "Joey",
[40] LINLAY GONZALEZ-RIVERA, a.k.a. "La Colora",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess

with intent to distribute five (5) kilograms or more of a mixture or substance containing a

detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one

thousand (1,000) feet of the real property comprising the San Andres and Andres Mendez Liciaga

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 19 of 23

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 19

Public Housing Projects, housing facilities owned by a public housing authority and other areas

nearby and within the Municipality of San Sebastian, Puerto Rico.  All in violation of Title 21,

United States Code, Sections 841(a)(1), 860; and Title 18, United States Code, Section 2.

## COUNT FIVE

### Aiding and Abetting in the Possession/Distribution of Marijuana

Beginning on a date unknown, but no later than in or about the year 2007, and continuing

up to and until the return of the instant Indictment, in the Municipality of San Sebastian and other

areas nearby, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court,

[1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo",
[2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo",
[3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo",
[4] ANTHONY RUIZ-NIEVES, a.k.a. "Telkin",
[5] AXEL ALVAREZ-PONCE,
[6] HAVI- LEE VEGA-PEREZ,
[7] JULIA I. MEJIAS-MARTINEZ, a.k.a " Titi Ivy", " La Croquer",
[8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe",
[9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca",
[10] ABIMAEL DE JESUS-SOTO, a.k.a. "Bebe",
[11] LUIS ALVAREZ-PONCE, a.k.a. "Jungo",
[12] LUIS D. QUILES-MORALES,  a.k.a. "Mostrito",
[13] VICTOR L. VEGA-PEREZ, a.k.a " Sangre",
[14] ANGEL HERNANDEZ-RIOS, a.k.a " Joito",
[15] JOSE M. SANTIAGO-CUEVAS a.k.a " Gordo Paputo",
[16] WILFREDO PACHECO-GARCIA, a.k.a. "Gemelo",
[17] JOSE MARTINEZ-PADILLA, a.k.a. "Pinocho",
[18] EDUARDO RODRIGUEZ-SOTO, a.k.a. "Edward",
[19] JONATHAN GONZALEZ-RODRIGUEZ,  a.k.a. "Ito",
[20] JUSTO RIVERA-ALVAREZ, a.k.a. "Pilin",
[21] GABRIEL GONZALEZ-SOTO, a.k.a. "Gaby",
[22] EDWIN LOPEZ-TOMASINI, a.k.a. "Gordo Tomasini"; "Gordito",
[23] JUAN J. GONZALEZ-SOTO, a.k.a " Kiro",
[24] JOVET VEGA-PEREZ,
[25] CARLOS GONZALEZ-SOTO, a.k.a. "Tito Gargola",

Case 3:12-cr-00333-FAB    Document 3    Filed 04/25/12    Page 20 of 23

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 20

[26] PABLO SANTIAGO-MARTINEZ,

[27] JOSE LISBOA-LOPEZ, a.k.a. "Boa",

[28] GABRIEL SOTO-RIVERA, a.k.a. "Chu",

[29] CHRISTOPHER PEREZ-SANTIAGO, a.k.a. "Pitole",

[30] LUIS A. LAMBOY-RAMOS, a.k.a. "Beto Lamboy",

[31] RAYMOND FELICIANO-MEDINA,

[32] JOSE A. VERA-RAMOS, a.k.a. "Core",

[33] WESLEY SEGARRA-RIVERA,

[34] RICHARD LEROY ARCE-MENDEZ,

[35] GADIEL MORALES-ROSA, a.k.a. "Chelo",

[36] ANIBAL CRESPO DAVILA, a.k.a " Tito Sifilis",

[37] ANGEL SOTO-CAMACHO, a.k.a " Guimo",

[38] ULISES ROMAN, a.k.a. " Kiko Gremlin",

[39] JOSE L. GONZALEZ-MARTI, a.k.a. "Joey",

[40] LINLAY GONZALEZ-RIVERA, a.k.a. "La Colora",

the defendants herein, aiding and abetting each other, did knowingly and intentionally possess with intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of the real property comprising the San Andres and Andres Mendez Liciaga Public Housing Projects, housing facilities owned by a public housing authority and other areas nearby and within the Municipality of San Sebastian, Puerto Rico. All in violation of Title 21, United States Code, Sections 841(a)(1), 860; and Title 18, United States Code, Sections 2.

## COUNT SIX

**Conspiracy to Possess Firearms During and in Relation to Narcotics Trafficking Offenses**

Beginning on a date unknown, but no later than in or about the year 2007, and continuing up to and until the return of the instant Indictment, in the Municipality of San Sebastian and other areas nearby, in the District of Puerto Rico, elsewhere and within the jurisdiction of this Court

[1] HECTOR ROSARIO-RIVERA, a.k.a "Junito", "El Viejo",

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 21

[2] RANDY DE JESUS-SOTO, a.k.a " Papito el Gordo",
[3] GERARDO PEREZ-SANTIAGO, a.k.a " Gordo Sorullo",
[5] AXEL ALVAREZ-PONCE,
[6] HAVI- LEE VEGA-PEREZ,
[8] JONATHAN INFANTE-SANTIAGO, a.k.a. "Bebe",
[9] MALVIN SANTIAGO-CUEVAS, a.k.a. "Masca",
[11] LUIS D. QUILES-MORALES, a.k.a. "Mostrito",
[12] VICTOR L. VEGA-PEREZ, a.k.a " Sangre",

the defendants herein, did knowingly and intentionally conspire, combine, and agree with each

other and diverse other persons known and unknown to the Grand Jury, to commit an offense

against the United States, that is, to possess firearms and ammunition during and in relation to a

drug trafficking crime as charged in Counts One through Five of this Indictment, which offenses

may be prosecuted in a Court of the United States, in violation of Title 18, United States Code,

Section 924(c)(1)(A); all in violation of Title 18, United States Code, Section 924(o).

(SPACE LEFT INTENTIONALLY BLANK)

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 22

### Narcotics Forfeiture Allegation

1.    Upon conviction of any of the above-charged controlled substance offenses, the defendants named in this Indictment, shall forfeit to the United States pursuant to Title 21, United States Code, Sections 853(a)(1) and (2) any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

a.    All right, title, and interest in all property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of each offense described in any of the above charged controlled substances offenses and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violations alleged in any of the above charged controlled substance offenses.

b.    A sum of money equal to the amount of proceeds obtained as a result of any of the offenses described in the instant Indictment, to wit: $5 MILLION DOLLARS, for which the defendants are jointly and severally liable.

2.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), each defendant shall forfeit substitute property, up to the value of the amount described in paragraph 1(a) or 1(b), above, if by any act or omission of the defendant, the property described in paragraph 1(a) or 1(b), or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred, sold to or deposited with a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

United States of America vs.
Hector Rosario-Rivera, a.k.a "Junito" et al.
Page 23

Said properties to include:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, located at Comunidad Rural Perchas I, Barrio Perchas, San Sebastián, Puerto Rico, more particularly described as:

a.    Rustica: Parcela marcada con el Núm. 4 en el plano de Parcelación de la Comunidad Rural Perchas, del; Barrio Perchas de San Sebastián, Puerto Rico, tiene una cabida superficial de .1742 cuerda, equivalentes a 684.6500 metros cuadrados, en lindes por el Norte, con la parcela No. 2 de la comunidad; por el Sur, con la parcela No. 6 de la Comunidad; por el Este, con la calle No. 2 de la comunidad; y por el Oeste, con la parcela No. 5 de la Comunidad.

Se segrega de la Finca No. 6595, inscrita al folio 178., del tomo 152 de San Sebastián.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal; Procedure.

TRUE BILL

FOREPERSON
Date: _4-25-11_

**ROSA EMILIA RODRIGUEZ-VELEZ**
**United States Attorney**

**José Ruiz-Santiago**
Assistant United States Attorney
Chief, Criminal Division

**Timothy Henwood**
Assistant United States Attorney
Chief, Narcotics Unit

**Olga B. Castellón-Miranda**
Assistant United States Attorney

**Michael C. Baggé**
Assistant United States Attorney